# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. NELSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01387-SAB<br><br>ORDER STRIKING PLAINTIFF'S UNSIGNED COMPLAINT<br><br>(ECF No. 1)<br><br>FIVE DAY DEADLINE |

Plaintiff Adam J. Nelson filed a complaint on October 3, 2019. Upon review of the complaint, the Court notes that it is not signed. Unsigned documents cannot be considered by the Court, and Plaintiff's complaint is stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, Plaintiff's complaint is HEREBY STRICKEN FROM THE RECORD and Plaintiff shall file a signed complaint within **five (5)** days.

IT IS SO ORDERED.

Dated:  **October 3, 2019**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1