# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. NELSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-01387-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE SETTLEMENT BRIEF<br><br>(ECF No. 14) |

On March 25, 2020, Plaintiff filed a request for an extension of thirty days to serve a settlement letter brief. (ECF No. 14.) Plaintiff requests an extension due to additional workload related to the recent coronavirus (COVID-19) public health event, as well as an unrelated illness. (ECF No. 14.)

Pursuant to the filed request and finding good cause, the Court shall grant Plaintiff's request for a thirty-day extension to file the settlement brief. The Court emphasizes that in the future, Plaintiff's counsel may ask counsel for Defendant whether they would agree by way of a stipulation to any extensions of time, prior to filing a request with the Court. Counsel is directed to the scheduling order which states:

> The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties. Court approval is not required for this extension. However, the stipulation shall be filed with the court.

(ECF No. 8 at 4.)

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's settlement letter brief shall be served upon Defendant, and proof of service filed with the Court, on or before April 27, 2020.[1]

IT IS SO ORDERED.

Dated: **March 25, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's request states that the settlement letter is due March 26, 2020, however, based on the filing of the administrate record on February 26, 2020 (ECF No. 13), the settlement letter is actually due March 27, 2020. Thirty days after March 27, 2020 is April 26, 2020, a Sunday, and the Court will accordingly extend the deadline one day.

2