# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01387-SAB<br><br>ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO SERVE SETTLEMENT BRIEF<br><br>(ECF No. 18) |

On June 2, 2020, the parties filed a stipulation extending the time for Defendant to serve a confidential letter brief by one day, due to a mistake in calendaring. (ECF No. 18.)

Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Defendant's confidential letter brief shall be served on or before June 2, 2020;
2. If the parties do not agree to a remand, Plaintiff's opening brief shall be filed on or before July 2, 2020;
3. Defendant's responsive brief shall be filed on or before August 1, 2020; and

///
///
///
///
///

1

4. Plaintiff's reply, if any, shall be filed on or before August 16, 2020.

IT IS SO ORDERED.

Dated:  **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE