# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01387-SAB<br><br>ORDER STRIKING UNSIGNED AMENDED OPENING BRIEF AND REQUIRING PLAINTIFF TO FILE A SIGNED AMENDED OPENING BRIEF<br><br>(ECF No. 22)<br><br>TWO DAY DEADLINE |

Plaintiff Adam J. Nelson ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On June 25, 2020, Plaintiff filed an opening brief. (ECF No. 21.) An amended brief was filed on June 29, 2020, but it is not signed. (ECF No. 22.) On July 29, 2020, the Commissioner filed an opposition to Plaintiff's opening brief. (ECF No. 23.)

Unsigned documents cannot be considered by the Court, and the amended opening brief shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended opening brief (ECF No. 29) is STRICKEN FROM THE RECORD for being unsigned;

2. Plaintiff shall file a signed amended opening brief within **two (2) days** of the date

1

of entry of this order; and

3. Within **five (5) days** of the filing of Plaintiff's amended opening brief, Defendant shall either file a notice that they will stand on the opposition to Plaintiff's opening brief filed on June 29, 2020, or an opposition to Plaintiff's amended opening brief.

IT IS SO ORDERED.

Dated: __**August 31, 2020**__

UNITED STATES MAGISTRATE JUDGE