# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. NELSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:19-cv-01387-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR NUNC PRO TUNC EXTENSION OF TIME TO FILE AN APPEAL<br><br>SEVEN-DAY DEADLINE |

On October 3, 2019, Plaintiff Adam J. Nelson ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On October 6, 2020, an order was filed denying Plaintiff's Social Security appeal and entering judgment in favor of the Commissioner and against Plaintiff.  (ECF Nos. 27, 28.)  On October 12, 2020, Plaintiff filed a motion for a thirty-day extension of time to file objections to findings and recommendations and an amended motion to file objections to findings and recommendations.  (ECF Nos. 29, 30.)  The motion was denied as there were no findings and recommendations pending.  (ECF No. 31.)

On October 15, 2020, Plaintiff filed a motion for a thirty day extension of time to file a notice of appeal which was granted.  (ECF Nos. 32, 33.)  Plaintiff filed his notice of appeal on December 9, 2020.  (ECF No. 34.)  On January 28, 2021, Plaintiff filed a motion for a three day nunc pro tunc extension of time due to filing his notice of appeal late.  (ECF No. 36.)  Plaintiff is seeking a nunc pro tunc extension of time due to a calendaring error claiming that it would be

excusable neglect.

The Local Rules of the Eastern District of California provides that a party shall file an opposition or statement of non-opposition to a motion filed by the opposing party.  L.R. 230(c).

Accordingly, Defendant is HEREBY ORDERED to file an opposition or statement of non-opposition to Plaintiff's motion for a nunc pro tunc extension of time within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **January 28, 2021**

UNITED STATES MAGISTRATE JUDGE